ABRAHAM SACKS, Respondent, *v.* LOUIS E. PHILIPS, Appellant, et al., Defendant.

Argued June 17, 1943; decided July 20, 1943.

*Julius S. Christensen, James J. McLoughlin* and *Thomas F. Harrigan* for appellant.

*Arthur S. Gales* and *Joseph S. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.